IN THE UNITED STATES COURT OF MOBILE,

STATE OF ALABAMA

ARRESTED 12/23/17

DOUGLAS ANOTHONY TATE
PLAINTIFF,

CV-18-0056-KD-M

Vs.

JURY TRIAL DEMANDED

MAYOR SHELDON DAY, ETAL.

CLARKE COUNTY SHERIFF RAY NORRIS, ETAL.,

THOMASVILLE CITY POLICES, ETAL.,

All PARTIES ABOVE INSURANCE COMPANIES PROVIDERS, BONDS, TRUSTS, ESTATE'S.

The Defendants of Alabama state.

SUMMONS AND COMPLAINT
42 USC § 1983 ATTACKING
TO WIT FOLLOWING:

1. VOID CONSTITUTIONAL AUTHORITY OF ALABAMA STATE.

2. VOID FRAUDULENT PRATICED Ala. Code 1975 § 6-6-20(9) ALA CONST ART., 1 § 14 Sec 14

Eleventh Amendment Sovereign Inhabitants Shield of Alabama STATE.

3. Alabama STATE VOID FRAUDULENT Praticed STATUTORY AUTHORITIES THAT LACKS STANDING.

4. Alabama STATE'S COURT'S X 67 COUNTIES VOID FRAUDULENT PRATICED JURISDICTIONAL AUTHORITIES ---

5. Alabama STATE VOID FRAUDULENT Praticed GREAT SEAL OF ALABAMA AUTHORITIES AND POWER STATUTORY CODES 1975 A.D.

6. Alabama STATE'S VOID FRAUDULENT PRATICES AMEND No. 328, § 6.04(b) Alabama Const 1901, Ex Parte Seymour, No. 1050597, 2006 WL 1793747 at * 3 Ala. Jun. 30,

2006)(emphasis added). Alabama codes (1975).

7. Alabama county Clarke county illegal ARREST WARRANT Complaint by CITY OF THOMASVILLE, AL 36784 JAN/ 2018... Illegal Arrested 12/23/2017

8. CLARKE COUNTY GRAND JURY ILLEGAL Grand Indictments of JAN/ 2018.

9. ATTACKING THE OATH'S OF THE SAID COMPLAINT IS NOT VALID But VOID Fraudulent Praticed And Lacks Standing. OF JAN/ 2018 by CITY OF THOMASVILLE, ALABAMA. Illegal ARRESTED 12/23/2017

10. ATTACKING FLASE IMPRISONMENT AT CLARKE COUNTY JAIL SINCE JAN/ 2018...

-3-

COMES NOW Douglas A. Tate, Tel # 334-830-9138, or: 334-636-4776, Address of, 1151 WEST FRONT STREET, THOMASVILLE, ALABAMA 36784.

And Moves This Honorable U.S. Court to Attack Every Grounds And Issues Raised under <u>Ex Parte MARCUS O. TATE Vs. STATE OF ALABAMA APPEALS COURT No. CR-17-0233</u>.. By Honorable Judge Mary B. WINDOM

And <u>PEREZ Vs. UNITED STATES ATTORNEY GENERAL JEFF SESSION</u>, No. CV-17-2060-MHH-TMP @ United states court of Birmingham, Alabama 35203

1. Douglas A. Tate states this U.S. Court has Federal Questions Jurisdictions Federal Rules of Civil Procedures Rules 9.(h) 28 USC §§ 1331, 1332,

-4-

1333 Admiralty Laws And Maritime Laws To uphold The de Jure national Constitutional Authority, Statutory Authorities, And Jurisdictional Authorities of the U.S. Constitution @ Alabama Rules of Criminal Procedures Rule 32.1(a).

1. Douglas A. Tate Was illegal Arrested Jan 23/17 Domestic Violence Third Degree And Criminal Mischief Third Degree Dec 23, 2017 by city of Thomasville, AL

2. The City of Thomasville Police Never had Constitutional Authority to Make an Lawful Arrest.

3. The City of Thomasville Police Never had Jurisdictional Authorities to Make an Lawful ARREST.

-5-

4. The City of Thomasville Police Never had Statutory Authorities to Make an Lawful ARREST.

5. The City of Thomasville Police don't have Valid Alabama code 1975 § 6-6-20(9) AL Const ART. 1, § 14 sec 14 Sovereign Immunity Shield Protection.

6. The City of Thomasville Police Does not have A Valid GREAT SEAL Authority Codes.

7. Douglas A. Tate is sitting in Clarke County Jail illegal custody of Human Trafficking, Kidnapping, illegal ARREST, False Imprisonment - - - Void Ala code 1975 § §§ 13A Subsection, 14 Subsection and Title 15 Subsection,

-6-

8. Douglas Tate Does Not have a Valid Indictments with Clarke county circuit Court.

9. Douglas A. Tate, Does not have a Valid Writ of Arrest Warrant complaint of 12/23/2017.

## CONCLUSION

Douglas A. Tate, Moves For Jury Trial Demanded.. Douglas Tate, Further Moves for Injunction be Immediately Granted upon CLARKE COUNTY CIRCUIT COURT, 114 COURT STREET, GROVE HILL, AL 36451. Third degrees CASES that Void Fraudulent Praticed And Lacks Standing.

Douglas A. Tate, Moves For Punitive DAMAGES of $ 30, Million Dollars Pre-P AID CREDIT LINE WITH MERCHANT

-7-

BANK [see Deposit Ticket #5021 0625

MERCHANTS BANK #334-636-1501

The FACTS ARE ATTACHED IN CASE No. CR-17-0233 Alabama Court of Criminal APPEALS... Ex Parte Marcus O. Tate Vs. Alabama Board of Pardons And Paroles CV-15-700 __ This CASE Shall Establish The Evidence In This "Summon/ Complaint"

AFFIRM UNDER 28 USC§ 1746 united states CODES Not Misleading.

/s/ Douglas A Tate-El-Washitaw
DOUGLAS A. TATE-El-Washitaw
# 334-830-9138
# 334-636-4776
1151 WEST FRONT STREET
THOMASVILLE, AL   36784

-8-

## CERTIFICATE OF SERVICE

I Douglas A. Tate @ 1151 WEST FRONT STREET, Thomasville, AL 36784 Affirm I have served the City Mayor Sheldon Day @ P.O. Box 127 Clerk office 334-636-2174 Thomasville, AL 36784.

And further served D.A. Prosecutor, SPENCER BRENT WALKER, 114 COURT STREET, ~~Thomasville, AL 36784~~, GROVE HILL, AL 36451 Day 02 month 03 A.D. 2018

/s/ Douglas A. Tate-El-Washitaw

c/o 1151 WEST FRONT STREET
Thomasville, AL 36784

-9-

# COURT OF CRIMINAL APPEALS
## STATE OF ALABAMA

MARY BECKER WINDOM
Presiding Judge
SAMUEL HENRY WELCH
J. ELIZABETH KELLUM
LILES C. BURKE
J. MICHAEL JOINER
Judges



D. Scott Mitchell
Clerk
Gerri Robinson
Assistant Clerk
(334) 229-0751
Fax (334) 229-0521

December 28, 2017

CR-17-0233

Marcus O. Tate v. Alabama Board of Pardons & Paroles  (Appeal from Montgomery Circuit Court: CV15-700)

### ORDER

The Court of Criminal Appeals ORDERS that the certificate of judgment issued by this Court on December 28, 2017, be, and the same is hereby, recalled.

Done this the 28th day of December, 2017.

*Mary B. Windom*
Mary B. Windom, Presiding Judge
Court of Criminal Appeals

cc: Hon. J. R. Gaines, Circuit Judge
Hon. Tiffany B. McCord, Circuit Clerk
Marcus O. Taite, Pro Se
Office of Attorney General

cc: My Honor. Judge Briana Westry-Robinson
cc: Prosecutor Michael W. Jackson
cc: Sheriff Earnest Evans
cc: Clerk Carolyn Davis-Posey
cc: Case No. DC-17-183
cc: WR-15-183
cc: CR-15-0076 Sept 27, 2017
    Alabama Court of Criminal Appeal
    Exhibit Appendix
    Wilcox County District Court

APPENDIX Exhibit

# COURT OF CRIMINAL APPEALS
# STATE OF ALABAMA

MARY BECKER WINDOM
Presiding Judge
SAMUEL HENRY WELCH
J. ELIZABETH KELLUM
LILES C. BURKE
J. MICHAEL JOINER
Judges



D. Scott Mitchell
Clerk
Gerri Robinson
Assistant Clerk
(334) 229-0751
Fax (334) 229-0521

January 5, 2018

CR-17-0233

Marcus O. Tate v. Alabama Board of Pardons & Paroles  (Appeal from Montgomery Circuit Court: CV15-700)

## ORDER

It is ORDERED that the dismissal order issued on December 28, 2017, is hereby set aside.

Done this the 5th day of January, 2018.

Mary B. Windom, Presiding Judge
Court of Criminal Appeals

Directed to: Marcus O. Taite

cc: Hon. J. R. Gaines, Circuit Judge
Hon. Tiffany B. McCord, Circuit Clerk
Office of Attorney General

Exhibit Appendix
DC-17-183, WR-15-183
CR-15-0076 Sept 27, 2017
Wilcox County District Court

Appendix Exhibit