# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **DOUGLAS ANTHONY TATE,** | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION 18-00056-KD-B |
| **SHELDON A. DAY, et al,** | : |
| Defendants. | : |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge (doc. 5) made under 28 U.S.C. § 636(b)(1)(B) is ADOPTED as the opinion of this court.

Accordingly, this action is DISMISSED without prejudice for failure to comply with the Court's order and failure to prosecute this action.

DONE this 22nd day of May 2018.

> s/ Kristi K. DuBose
> KRISTI K. DuBOSE
> CHIEF UNITED STATES DISTRICT JUDGE